| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT | | HEARING DATE: February 25, 2016 |
| EASTERN DISTRICT OF NEW YORK | | HEARING TIME: 2:30 p.m. |

-------------------------------------------------------x
In re                                          :         Chapter 7
                                               :
RONALD S. LOPES,                               :         Case Nos. 14-45888 (NHL)
                                               :
                                               :
                              Debtor.          :         **NOTICE OF MOTION**
-------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the annexed motion, William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, **on February 25, 2016 at 2:30 p.m.,** or as soon thereafter as counsel can be heard, for entry of an order reopening the Debtor's bankruptcy case.

     PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and served on the United States Trustee at 201 Varick Street, Suite 1006, New York, New York 10014, to the attention of William E. Curtin, no later than seven (7) business days prior to the return date of the motion. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York          Respectfully submitted,
       January 22, 2016

                                              WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE, REGION 2

                                              By: _/s/ William E. Curtin_
                                              William E. Curtin (WC-1974)
                                              Trial Attorney
                                              201 Varick Street, Suite 1006
                                              New York, New York 10014
                                              Tel. No. (212) 510-0553
                                              william.e.curtin@usdoj.gov