UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re : Case No. 14-45888 (NHL)
:
RONALD S. LOPES, : (Chapter 7)
:
Debtor. :
:
------------------------------------------------------- x

## DECLARATION OF WILLIAM E. CURTIN

Pursuant to 28 U.S.C. § 1746, William E. Curtin declares as follows:

1. I am a trial attorney in the Office of the United States Trustee for Region 2. I am assigned to this matter by my office and as such, have knowledge and information about the Chapter 7 bankruptcy case of Ronald S. Lopes (the "Debtor"). I submit this Declaration in support of the motion of the United States Trustee seeking entry of an order, pursuant to 11 U.S.C. § 350 and Fed. R. Bankr. P. 5010, reopening the Debtor's bankruptcy case (the "Motion").

2. On November 20, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. See ECF No. 1.

3. David J. Doyaga (the "Trustee") was appointed chapter 7 trustee of the Debtor's estate.

4. By Order dated June 10, 2015, the Debtor was granted a discharge under 11 U.S.C § 727, the Trustee was discharged as trustee, and the Debtor's case was closed. See ECF No. 28.

5. In December 2015, the Trustee received several emails (the "Kinetics Emails") from creditor Kinetics Industries, alleging that the Debtor failed to disclose certain assets in his bankruptcy or during the Trustee's initial investigation of the case.

6. On December 29, 2015, the Trustee forwarded the Kinetics Emails to the United States Trustee

7. Based upon the Kinetics Emails, the United States Trustee determined to seek an order reopening the Debtor's case to allow further investigation by the United States Trustee and the Trustee.

I declare under penalty of perjury that the information contained in this Declaration is true and correct to the best of my knowledge.

New York, New York
January 22, 2016

                                             */s/ William E. Curtin*
                                             William E. Curtin