```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                   :    Case No. 14-45888 (NHL)
                                        :    (Chapter 7)
RONALD S. LOPES,                        :
                                        :
                Debtor.                 :
-------------------------------------------------------x
```

## ORDER REOPENING CHAPTER 7 CASE

Upon the motion of William K. Harrington, the United States Trustee for Region 2, filed on January 22, 2016, seeking to reopen the above-captioned case, pursuant to 11 U.S.C. § 350(b); and no objections having been filed; and a hearing having been held before this Court on February 25, 2016, at which appeared Marylou Martin, Esq. on behalf of the United States Trustee; and it appearing that appropriate notice has been given, and grounds appearing to exist for the reopening of this Chapter 7 case, and cause appearing for the relief requested, it is

ORDERED, that the chapter 7 bankruptcy case of Ronald S. Lopes be and hereby is reopened, and it is further

ORDERED, that the United States Trustee shall appoint a chapter 7 trustee.



Dated: March 5, 2016  
       Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**