UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                                    : Case No. 14-45888 (NHL)
                                                         :
RONALD S. LOPES,                                         : (Chapter 7)
                                                         :
        Debtor.                                          :
----------------------------------------------------------x
WILLIAM K. HARRINGTON, the UNITED                        :
STATES TRUSTEE,                                          :
                                                         :
        Plaintiff,                                       : Adv. Proceeding No. 16-01107 (NHL)
                                                         :
    -against-                                           :
                                                         :
RONALD S. LOPES,                                         :
                                                         :
        Defendant.                                       :
----------------------------------------------------------x

## **DEFAULT JUDGMENT**

This action having been commenced by the United States Trustee for Region 2 on June 9, 2016 by the filing of a Complaint (the "Complaint") seeking the revocation of the discharge of the defendant Ronald S. Lopes (the "Defendant") pursuant to 11 U.S.C. §§ 727(d)(3) and (a)(6)(A), and the summons and the Complaint having been properly served upon the Defendant on June 14, 2016, and proof of such service thereof having been filed with the Court, and the Defendant having failed to plead or otherwise defend this action and the time therefore having expired, and upon the United States Trustee's motion for default judgment against the Defendant (the "Motion"), and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, it is

1

ORDERED, ADJUDGED, AND DECREED, that judgment is entered revoking the discharge of Ronald S. Lopes pursuant to 11 U.S.C. §§ 727(d)(3) and (a)(6)(A).



**Dated: November 14, 2016**
**Brooklyn, New York**

                                                                      **Nancy Hershey Lord**
                                                                      **United States Bankruptcy Judge**